MAULL v. L. B. SKINNER MFG. CO. FLORIDA CITRUS SUPPLY CO. v. SAME. (Circuit Court of Appeals, Fifth Circuit. January 24, 1917.) Nos. 3001, 3002. Appeals from the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge. George C. Bedell and F. M. Durrance, both of Jacksonville, Fla., for appellants. T. Hart Anderson, of New York City, and L. W. Baldwin, of Jacksonville, Fla., for appellee. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. These two cases, involving the same questions, were heard together. We find no reversible error, and the two decrees are affirmed. See Campbell v. Skinner, 236 Fed. 359.

---

NICHOLS v. WESTERN UNION TELEGRAPH CO. (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2963. In Error to the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge. H. W. Wallace, of Cuero, Tex., for plaintiff in error. V. B. Proctor, of Victoria, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find this case was correctly ruled and decided in the court below, and the judgment is therefore affirmed.

---

OCHOA et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 8, 1917.) No. 2891. In Error to the District Court of the United States for the Western District of Texas; Thos. S. Maxey, Judge. J. F. Weeks, of El Paso, Tex., for plaintiffs in error. R. E. Crawford, Asst. U. S. Atty., of El Paso, Tex., for the United States. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On examination of the record, in the light of brief of plaintiffs in error, we find that none of the assignments of error are well taken. There was ample proof of the conspiracy charged in the indictment and also to prove the overt act. The evidence of the alleged accomplice, Mendenhall, was sufficiently corroborated by other evidence in the case. The alleged misconduct of one of the jurors in the case pending the trial is not sufficiently established by the evidence. Finding no reversible error assigned or patent of record, the judgment of the District Court is affirmed.

---

PACIFIC COAST S. S. CO. v. HOKANSON. (Circuit Court of Appeals, Ninth Circuit. October 23, 1916.) No. 2857. Appeal from the District Court of the United States for the First Division of the Northern District of California. Ira A. Campbell and McCutchen, Olney & Willard, all of San Francisco, Cal., for appellant. Thomas A. Thacher, William Denman, and G. S. Arnold, all of San Francisco, Cal., for appellee. Upon motion made on behalf of counsel for the respective parties for the dismissal of the appeal herein, and pursuant to stipulation filed November 13, 1916, ordered: Appeal dismissed, with costs in favor of the appellee and against the appellant.